IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON ROBERT PERROTON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LAURIE SMITH, Sheriff,<br><br>　　　　Respondent.<br>_____ | No. C 13-5823 CRB (PR)<br><br>ORDER OF DISMISSAL |

　　　　This action for a writ of habeas corpus under 28 U.S.C. § 2241 was filed on December 16, 2013.  The court notified petitioner in writing on that date that the action was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

　　　　More than 40 days have elapsed; however, petitioner still has not filed the requisite items, or sought an extension of time to do so.  The action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

　　　　The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED:  Jan. 28, 2014　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\HC.13\Perroton, J.13-5823.dsifp.wpd